IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BARBARA KASS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 17 C 06497 |
| | ) | |
| v. | ) | Judge Robert W. Gettleman |
| | ) | |
| THE UNIVERSITY OF CHICAGO, | ) | Magistrate Judge Maria Valdez |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Barbara Kass and Defendant the University of Chicago stipulate to the dismissal of this case with prejudice. The parties will bear their own costs and attorney's fees.

| BARBARA KASS | THE UNIVERSITY OF CHICAGO, |
|---|---|
| By: /s/ David H. Latham | By: /s/ William R. Pokorny |
| One of her attorneys | One of its attorneys |

David H. Latham
Latham Law Offices
150 N. Wacker Dr.
Suite 1400
Chicago, IL 60606

William R. Pokorny
Jeffrey S. Nowak
Franczek Radelet, P.C.
300 S. Wacker Drive
Suite 3400
Chicago, IL 60606